IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL P. OPELA, SR.,

    Plaintiff,

v.

APOGEE WAUSAU GROUP, INC.,
APOGEE ENTERPRISES, INC.,
TUBELITE, INC., HARMON, INC.,
ALUMICOR, LTD., and LINETEC, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-124-wmc

This action came before the court and a jury for consideration with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Apogee Wausau Group, Inc. and against plaintiff Michael P. Opela, Sr. on Jury Verdict.

Plaintiff's claims against defendants Apogee Enterprises, Inc., Tubelite, Inc., Harmon, Inc., Alumicor, Ltd., and Linetec, Inc. are dismissed by the Court for lack of jurisdiction.

Approved as to form this 28th day of June, 2018.

_____
William M. Conley
District Judge

by _____, deputy clerk    6/28/18
Peter Oppeneer, Clerk of Court              Date