AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | |
|---|---|
| Michael P. Opela | ) |
| v. | ) Case No.: 17-CV-124 |
| Wausau Window and Wall, et. al | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  **06/28/2018**  against  **Plaintiff Michael Opela**,
                                                                                         *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................... | $ |
| Fees for service of summons and subpoena ............................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | $2,612.45 ~~6,545.25~~  [1] |
| Fees and disbursements for printing ...................................... | |
| Fees for witnesses *(itemize on page two)* ................................ | $3,151.72 ~~4,159.68~~  [2] |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................................ | |
| Docket fees under 28 U.S.C. 1923 ........................................... | |
| Costs as shown on Mandate of Court of Appeals ..................... | |
| Compensation of court-appointed experts ............................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ..................................................... | |
| TOTAL | $ ~~10,704.93~~ |
| | **$5,764.17** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service         ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  **Alex P. Hontos**

Name of Attorney:  **Alex P. Hontos**

For:   **Wausau Window and Wall Systems**                      Date:  **07/26/2018**
           *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of  **$5764.17**                           and included in the judgment.

**Peter Oppeneer**  Digitally signed by Peter Oppeneer
                   Date: 2018.09.14 09:08:21 -05'00'      By: _____
*Clerk of Court*                                              *Deputy Clerk*                    *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||| |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
|  | Days | Total Cost | Days | Total Cost | Miles | Total Cost |  |
| Please see Schedule 2 for detailed itemziation of witnesses and associated costs. |  |  |  |  |  | 4,159.68 | $4,159.68 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  |  | $0.00 |
|  |  |  |  |  |  | TOTAL | $4,159.68 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Michael Opela v. Apogee Wausau Group, Inc.
17-cv-124-wmc

**NOTES TO CLERK'S TAXATION OF COSTS**

1. Defendant's request for fees related to trial transcripts is denied. Real-time during trial is solely for the convenience of counsel. Fees incurred for the ordinary copy of the trial transcripts in a case where no post-trial motions or appeal were filed cannot be justified as being "necessarily obtained for use in the case" as required by 28 U.S.C. § 1920. Requested fees are reduced $3,932.80.

2. Plaintiff's objection to defendant's request for witness fees is overruled. However, rates will be reduced to the June 2018 Per Diem Rates for Madison, Wisconsin as required by 28 U.S.C. § 1821.

    Witness fees for Aaron Keopple, Gene Pagel, and Laura Johnson will be awarded in the amount requested for a total of $902.70.

    The requested amount for Maureen Egan will be reduced $24. The transaction report stating $24.00 debit purchase on 06/29/2018 at Hampton Inn (dkt. 106-8) cannot clearly be determined as incurred as a parking fee. $261.08 will be awarded.

    The fees requested for Steve Fronek will be reduced to $404.37. The Per Diem Lodging Rate for June 2018 was $122 plus appropriate taxes. All other fees are awarded in the amount requested.

    The requested fees for Jim Waldron will be reduced to $411.82. The receipt for Enterprise shows the car was picked up on Friday, June 22, 2018 for a trial that began on Monday, June 25, 2018. Enterprise in Wausau, WI is open for car pick up on Saturdays. However, it appears that it is closed on Sundays. The amount requested will be reduced $11.11 for the fees incurred on Friday. The overnight stay at the Hyatt is reduced to $156.66 for a room rate at $122 plus appropriate taxes and parking. The Meals and Incidentals Per Diem Rate for June 2018 in Madison, WI for the First and Last Day of Travel is $44.25. The meal receipt submitted for June 25, 2018 will be reduced to this amount. Gas will be awarded in the requested amount.

    Witness fees for Warren Planitzer will be reduced to $1,171.75. The penalty and agent fees incurred for the flight will not be awarded. The 2-nights reserved at the Hyatt will be reduced to $281.82 for a room rate at $122 per night plus appropriate taxes. The meal receipt submitted for June 26, 2018 will be reduced to $44.25, the Meals and Incidentals Per Diem Rate for June 2018 in Madison, WI for the First and Last Day of Travel.